# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 16-7081**                                      **September Term, 2015**

**1:14-cv-00372-RDM**

**Filed On: June 28, 2016** [1622125]

John Doe, also known as Kidane,

      Appellant

    v.

The Federal Democratic Republic of
Ethiopia,

      Appellee

### O R D E R

The notice of appeal was filed on June 22, 2016, and docketed in this court on June 28, 2016. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | July 28, 2016 |
| Docketing Statement Form | July 28, 2016 |
| Entry of Appearance Form | July 28, 2016 |
| Procedural Motions, if any | July 28, 2016 |
| Statement of Intent to Utilize Deferred Joint Appendix | July 28, 2016 |
| Statement of Issues to be Raised | July 28, 2016 |
| Transcript Status Report | July 28, 2016 |
| Underlying Decision from Which Appeal or Petition Arises | July 28, 2016 |
| Dispositive Motions, if any (Original and 4 copies) | August 12, 2016 |

It is

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 16-7081**                                            **September Term, 2015**

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | July 28, 2016 |
| Entry of Appearance Form | July 28, 2016 |
| Procedural Motions, if any | July 28, 2016 |
| Dispositive Motions, if any (Original and 4 copies) | August 12, 2016 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:      /s/
       John J. Accursio
       Deputy Clerk

The following forms and notices are available on the Court's <u>website:</u>

<u>Civil Docketing Statement Form</u>
<u>Entry of Appearance Form</u>
<u>Transcript Status Report Form</u>
<u>Request to Enter Appellate Mediation Program</u>
<u>Notice Concerning Expedition of Appeals and Petitions for Review</u>
<u>Stipulation to be Placed in Stand-By Pool of Cases</u>